## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

KENNETH ALLEN RAY, AIS 265617,   :

    Plaintiff,   :

vs.   :   CA 17-0186-WS-MU

KENNETH PETERS, et al.,   :

    Defendants.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 21, 2017 is **ADOPTED** as the opinion of this Court.

**DONE** this 25th day of July, 2017.

        **s/WILLIAM H. STEELE**
        **UNITED STATES DISTRICT JUDGE**