## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

KENNETH ALLEN RAY, AIS 265617,  :

    Plaintiff,  :

vs.  :      CA 17-0186-WS-MU

KENNETH PETERS, et al.,  :

    Defendants.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and follow this Court's orders dated May 2, 2017 and May 19, 2017.

**DONE** this 25th day of July, 2017.

    **s/WILLIAM H. STEELE**
    **UNITED STATES DISTRICT JUDGE**